UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Sue Marsh,

        Plaintiff,

Case No. 13-cv-912 ADM/FLN

v.

ORDER

Carolyn W. Colvin,
*Acting Commissioner of Social Security,*

        Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 28, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 31) is **GRANTED**. Plaintiff should be awarded its attorney's fees in the amount of $4,964.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 12, 2015

        s/Ann D. Montgomery
        ANN D. MONTGOMERY
        United States District Court Judge