UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Sue Marsh,

        Plaintiff,

Case No. 13-cv-912 ADM/FLN

v.

ORDER

Carolyn W. Colvin,
Acting Commissioner of Social Security,

        Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 25, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's counsel is awarded an attorney's fee to be paid from Plaintiff's retroactive SSI benefits in the amount of $3,841.00;

2. The attorney's fees approved herein shall be paid to counsel, Lionel H. Peabody, PO Box 10, Duluth, MN 55801-0010 from the funds withheld from Plaintiff's past-due SSI benefits by the Social Security Administration for payment of attorney's fees;

3. The remainder of the funds withheld from Plaintiff's retroactive benefits by Social Security for payment of attorney's fees shall be released to Plaintiff by the Social Security Administration.

DATED: February 8, 2016

                                        s/Ann D. Montgomery
                                        ANN D. MONTGOMERY
                                        United States District Court Judge